UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, *et al.*<br><br>Plaintiff,<br><br>v.<br><br>FLAGSHIP FACILITY SERVICES, INC., *et al.*<br><br>Defendants. | Case No.: 1:25-cv-03438 (TJK) |

**DEFENDANT FLAGSHIP'S MOTION TO DISMISS COUNTS III, IV AND V OF PLAINTIFFS' AMENDED COMPLAINT**

Defendant Flagship Aviation Services, LLC ("Flagship")[1], moves to dismiss Counts III, IV and V of Plaintiffs' Amended Complaint in accordance with Fed. R. Civ. P. 12(b)(6).[2] As explained in Flagship's Memorandum of Law in Support of Motion to Dismiss, the allegations in the Complaint, assumed true solely for purposes of this motion, fail to state a claim upon which relief can be granted. In short, Plaintiff's Complaint does not include sufficient allegations establishing that Flagship is obligated to contribute to the Plaintiff Service Employees International Union National Industry Pension Fund (the "Fund") at the contribution rate alleged

[1] Plaintiffs erroneously names Flagship Facility Services, LLC, in its Amended Complaint. Flagship Aviation Services, LLC, is the successor in interest to Flagship Airport Services, Inc., and is the entity providing the relevant services at the Denver International Airport.
[2] Flagship is not a party to Counts I and II of the Amended Complaint.

in the Complaint. As a result, Plaintiff's claims in Counts III, IV and V against Flagship for legal and equitable relief brought pursuant to Sections 502 and 515 of the 29 U.S.C. § 1132 and 1145, and Section 301 of the Labor Management Relations Act ("LMRA"), 29 U.S.C. § 185, should be dismissed. To the extent that Counts III, IV and V of Plaintiffs' Amended Complaint seeks the $.25 supplemental contribution rate not provided for in the relevant collective bargaining agreements, it should be dismissed with prejudice because no plausible facts can be alleged to address the deficiency. To the extent Counts III, IV and V of Plaintiffs' Amended complaint seeks the $.40 contribution rate set out in the relevant collective bargaining agreements, the Amended Complaint should be dismissed without prejudice.

Dated: October 13, 2026

Respectfully submitted,

*Counsel for Flagship Aviation Services, LLC*

*/s/ Eric D. Field*
Eric D. Field (D.C. Bar # 1020973)
Littler Mendelson, P.C.
815 Connecticut Ave., NW, Suite 400
Washington, DC 20006
Telephone: 202-772-2539
Email: efield@littler.com

Allison Blankstein (*Admitted Pro Hac*)
Littler Mendelson, P.C.
900 Third Avenue
New York, NY 10022
Telephone: 212-471-4426
Email: ablankstein@littler.com