UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, *et al.*<br><br>Plaintiff,<br><br>v.<br><br>FLAGSHIP FACILITY SERVICES, LLC, *et al.*<br><br>Defendants. | Case No.: 1:25-cv-03438 (TJK) |

**[PROPOSED] ORDER**

The Court, having reviewed Defendant Flagship's Motion to Dismiss Counts III, IV and V of Plaintiffs' Amended Complaint, and being fully advised on the premises, and good cause appearing therefore, ORDERS as follows:

Defendant Flagship's Motion to Dismiss Counts III, IV and V of Plaintiffs' Amended Complaint for failure to state a cause of action upon which relief can be granted in accordance with Fed.R.Civ.P 12(b)(6) is granted and Counts III, IV and V of Plaintiffs' Amended Complaint are dismissed with prejudice as to Defendant Flagship and the $.25 supplemental contribution and are dismissed without prejudice as to Defendant Flagship and the $.40 contribution rate.

IT IS SO ORDERED:

_________________________
DATE

____________________________________
TIMOTHY J. KELLY
UNITED STATES DISTRICT JUDGE