**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, and BOARD OF TRUSTEES OF THE SERVICE EMPLOYEES AND INTERNATIONAL UNION NATIONAL PENSION FUND,<br><br>Plaintiffs,<br><br>v.<br><br>FLAGSHIP FACILITY SERVICES, INC.; et al.,<br><br>Defendants. | Civil Action No.: 1:25-cv-03438-TJK |

**DEFENDANT KG CLEAN, INC.'S MOTION TO DISMISS**

Defendant, KG Clean, Inc., by and through its undersigned counsel and pursuant to Fed. R. Civ. P. 12(b), hereby moves to dismiss the First Amended Complaint filed by Plaintiffs for the reasons set forth in the accompanying Memorandum of Law.

DATED: October 30, 2026

Respectfully submitted,

*/s/ Jessica D. Feldman*

Jessica D. Feldman (DC Bar No. 1045132)
FISHER & PHILLIPS LLP
1401 New York Avenue, NW, Suite 400
Washington, DC 20005
Tel. (202) 908-1140
Fax (202) 978-3788
jfeldman@fisherphillips.com

*Attorney for Defendant KG Clean, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on October 30, 2026, undersigned caused a true and correct copy of the foregoing motion to be filed through the Court's CM/ECF filing system.

*/s/ Jessica D. Feldman*
Jessica D. Feldman