**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, and BOARD OF TRUSTEES OF THE SERVICE EMPLOYEES AND INTERNATIONAL UNION NATIONAL PENSION FUND,<br><br>Plaintiffs,<br><br>v.<br><br>FLAGSHIP FACILITY SERVICES, INC.; et al.,<br><br>Defendants. | Civil Action No.: 1:25-cv-03438-TJK |

**[PROPOSED] ORDER ON DEFENDANT KG CLEAN, INC.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

Upon consideration of Defendant KG Clean, Inc.'s Motion to Dismiss (the "Motion") Plaintiffs' First Amended Complaint, it is on this _____ day of _____________, 2026, ORDERED that:

1. KG Clean, Inc.'s Motion is granted;
2. Count III is dismissed to the extent it seeks contributions for the period before June 1, 2021, ________ [with/without] prejudice; and
3. Count IV is dismissed in its entirety ________ [with/without] prejudice.

IT IS SO ORDERED.

______________________

______________________________
HONORABLE TIMOTHY J. KELLY
UNITED STATES DISTRICT JUDGE